IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04CR249

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA |  | ) |
|  |  | ) |
|  |  | ) **AMENDED ORDER** |
| vs. |  | ) |
|  |  | ) |
| PAUL JOHNSON | (1) | ) |
| GINA MARIE SARROBBO | (3) | ) |

THIS MATTER is before the court upon defendant Paul Johnson's motion to continue this matter from the October 3, 2005 term of court.

The court finds the ends of justice served by taking such action outweighs the interest of the public and Defendant to a speedy trial as set forth in 18 U.S.C. 3161(h)(8)(1).

**IT IS THEREFORE ORDERED** that this trial be scheduled for the **January 9, 2006 term at 10:00 a.m. as to above-named defendants** in the Charlotte Division.

The Clerk is directed to certify copies of this order to Defendants, counsel for Defendants, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

IT IS SO ORDERED.

**Signed: October 7, 2005**

Graham C. Mullen
Chief United States District Judge