UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:05cr00249-2

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | ORDER GRANTING SEVERANCE |
| | ) | |
| GINA MARIE SARROBBO | ) | |

By Order of this day, the Court granted Defendant Gina Marie SARROBBO's motion to continue her trial. That Order to Continue applies only to Defendant SARROBBO and does NOT apply to any other Defendant in the above-captioned indictment.

By this separate Order, for good cause shown, the Court also grants Defendant Gina Marie SARROBBO's motion to sever, as set forth in the Defendant's Motion to Sever and/or Redact Co-Defendant's Statement, filed June 6, 2006..

IT IS SO ORDERED.    Signed: August 30, 2006

Frank D. Whitney
United States District Judge